| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>S. Christopher Winter, SBN 190474<br>kwinter@dykema.com<br>Dykema Gossett LLP<br>333 So. Grand Ave., #2100<br>Los Angeles, CA 90071<br>213-457-1800<br>ATTORNEYS FOR: Cruise Logistics, LLC and Nathan Nicholson | **FILED**<br><br>**2009 JUL -1   PM 3: 35**<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. C  CALIF<br>LOS ANGELES<br><br>BY_____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSQUIK, INC.<br><br><br><br>                              v.                        Plaintiff(s),<br><br>FREIGHTCO LOGISTICS, a unknown business entity; CRUISE LOGISTICS,LLC; NATHAN NICHOLSON                           Defendant(s) | CASE NUMBER **CV09-4769 FMCPLA**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Cruise Logistics,LLC and Nathan Nicholson
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| **PARTY** | **CONNECTION** |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Cruise Logistics, LLC | Defendant |
| Freightco Logistics | D/B/A of Cruise Logistics, LLC |
| Nathan Nicholson | Defendant |

June 30, 2009
Date

Sign
S. Christopher Winter, SBN 190474

Attorney of record for or party appearing in pro per
Cruise Logistics, LLC  and Nathan Nicholson

CV-30 (12/03)                                    **NOTICE OF INTERESTED PARTIES**                                    CCDCV30