**DYKEMA GOSSETT LLP**
S. CHRISTOPHER WINTER, SBN: 190474
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants
CRUISE LOGISTICS, LLC
NATHAN NICHOLSON

FILED
2009 JUL -1  PM 3: 43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. O. CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSQUIK, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FREIGHTCO LOGISTICS, a unknown business entity; CRUISE LOGISTICS, LLC; NATHAN NICHOLSON, an individual; and, DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO.<br>**CV09-4769 FMC PLAx**<br><br>**PROOF OF SERVICE BY MAIL RE NOTICE OF REMOVAL OF CIVIL ACTION AND RELATED DOCUMENTS** |

PAS01\111171.1
ID\MA1 - 105800/0001

---

PROOF OF SERVICE BY MAIL RE NOTICE OF REMOVAL OF CIVIL ACTION AND RELATED DOCUMENTS

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, #2100, Los Angeles, California 90071.

On July 1, 2009, I served the foregoing document described as **SEE ATTACHED LIST OF DOCUMENTS** on all interested parties in this action as follows:

See Attached List.

☐ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(BY OVERNIGHT SERVICE)** Via Federal Express

☐ **(BY FACSIMILE)** By transmitting in true copy thereof by facsimile from facsimile number (213) 457-1850 to the facsimile number(s) shown above.

☐ (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 1, 2009, at Los Angeles, California.

Martha Alvarez

## LIST OF DOCUMENTS

1. CIVIL COVER SHEET

2. CERTIFICATION AND NOTICE OF INTEREST PARTIES

3. NOTICE OF REMOVAL OF CIVIL ACTION

4. DECLARATION OF S. CHRISTOPHER WINTER IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION

5. DECLARATION OF ELIZABETH REMETO IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION

PAS01\110987.1
ID\MA1 - 105800/0001

**TRANSQUIK, INC. v. FREIGHTCO LOGISTICS, et al.**
LASC – South District, San Pedro - Case No. NC052786
USDC – Central District – Case No. _____

| | |
|---|---|
| David J. Harter, Esq.<br>Law Offices of David J. Harter<br>13681 Newport Ave., #8-608<br>Tustin, CA 92780<br><br>714/731-2550<br>F: 714/731-2595<br><br>djh@djh-law.com | Attys for Plaintiff |
| Kurt A. Ressler, Esq.<br>Law Offices of Kurt A. Ressler<br>19051 Goldenwest St., #106-149<br>Huntington Beach, CA 92648<br><br>714/878-1558<br>F: 714/960-1137<br><br>kressler@socal.rr.com | Attys for Plaintiff |